No. 03–10098. HAWTHORNE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10099. SERRANO v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10102. ANDERSON v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10103. CORMIER v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–10106. ATAMIAN v. HAWK ET AL. Sup. Ct. Del. Certiorari denied.

No. 03–10108. KHAN v. MECHAM ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–10112. ORTEGA v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–10114. MORALES-PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10115. HILDEBRANT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10127. METHANY v. KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10128. GUTIERREZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10129. FORNEY v. FREEPORT TOWNSHIP ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–10131. HOFFMAN v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10132. GARRETT v. FLEMING ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–10134. WARE v. WARE. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.